IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DEANA MANNING REALTY, LLC,

    Plaintiff

                                   Case No. 5:17-CV-00392-D

v.

GREENWICH INSURANCE COMPANY,

    Defendant.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES Plaintiff, by and through the undersigned, and gives notice to the Court that Plaintiff hereby voluntarily dismisses this action and all claims therein without prejudice pursuant to Fed. R. Civ. P. 41(a). Defendant has stipulated to this dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), as is shown by the signature of counsel for Defendant below.

| | |
|---|---|
| Date: November 8, 2017 | */s/ J. Scott Flowers*<br>J. Scott Flowers<br>Hutchens Law Firm<br>State Bar No. 31525<br>P.O. Box 2505<br>Fayetteville, NC 29302<br>Email: scott.flowers@hutchenslawfirm.com<br>Telephone:    (910) 864-6888<br>Facsimile:    (910) 867-8732<br>*Attorney for Plaintiff* |
| Date: November 8, 2017 | */s/ Thomas M. Contois*<br>Thomas M. Contois<br>Smith Moore Leatherwood LLP<br>State Bar No. 17787<br>434 Fayetteville Street, Suite 2800<br>Raleigh, NC 27601<br>Email: tom.contois@smithmoorelaw.com<br>Telephone:    (919) 755-8827<br>Facsimile:    (919) 838-3126<br>*Attorney for Defendant* |